No. 00–5753. BLAS DE LA CERDA v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–5770. HOUSTON v. GREINER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 00–5798. STOREY v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 00–5814. JACKSON v. FRANK, DEPUTY SUPERINTENDENT/ FACILITY MANAGEMENT, STATE CORRECTIONAL INSTITUTION AT CRESSON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–5816. RUIZ-ALVAREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–5831. ELDER v. BRIGANO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–5835. MARROQUIN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–5837. GRIFFIN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–5843. JONES v. ROE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–5845. TROBAUGH v. HAWK SAWYER, DIRECTOR, FEDERAL BUREAU OF PRISONS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 00–5853. ESTES v. TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 00–5857. SPENCE v. HUSZ ET AL. Ct. App. Wis. Certiorari denied.

No. 00–5861. HOUSER v. ARMSTRONG ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–5876. HARRISON v. DODRILL, WARDEN. C. A. 4th Cir. Certiorari denied.